Good morning, sir.  We have read your brief and we've read the record, so you don't need to repeat what you've said already. But if you want to emphasize anything, please go ahead. Danny Lee is a realtor. He sold me the property without telling me the permit violation. Then later he quickly filed bankruptcy in order not to pay me any money. I didn't receive the 3-41 meeting. The bankruptcy court reopened the case. Danny Lee never responded to the Superior Court bankruptcy court. He didn't care. I didn't know the bankruptcy case was time-sensitive and unknowledgeable. I spent too much time to come after the realtor, the broker company. I spent too much time, so the bankruptcy court closed the case. At the time when I filed adversity proceeding, the bankruptcy court considered the 10% interest is increasing too much. They want me to go back to the Superior Court to reopen the case. It's been over four years. They said they are busy. They don't have manpower. It's been over four years. The case, when I reopened the case, is 2018. When it reopened, it is already 2024. After reopening the case, many people don't accept my case. They said it relates to the previous bankruptcy case. They don't have authority to do anything. Since 2021, Danny Lee Broker Company at the hearing, he offered me $5,000 to end the case. My damage is too much. I lost another investment. I don't accept $5,000. I'm also not able to win any money. I'm unknowledgeable. It cost me another money to find a lawyer. The realtor who represent me to buy Danny Lee property for renting business means representing. When CNN knows the permit violation, they don't want to pay their damaged property. When they keep calling me for the market payment, everything ruined damage, ruined another investment. So I had to sell the property. They took all the money. I lost everything. I don't have anything left. Nobody pay me any damage. All right. Thank you very much, sir. We understand your case. The matter is under submission. We'll be doing a written decision, and we'll mail that to you. Okay? So you'll get our decision in the mail. Okay? Thank you very much. Thank you. That concludes our calendar, so the court's in recess.
judges: FARIS, BRAND, and CORBIT